UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TALON TOOLS, LLC,<br><br>　　PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>　　DEFENDANTS. | CASE NO.: 1:25-CV-01193<br><br>JUDGE FRANKLIN U. VALDERRAMA<br><br>MAGISTRATE JUDGE HEATHER K. MCSHAIN |

## EXHIBIT 1 | SERVICE EMAIL ADDRESSES

| NO. | DEFENDANT | SERVICE METHOD |
|---|---|---|
| 1. | Zhongshan Qixiang Electrical Appliance Co., Ltd. | zs18676199588@126.com |
| 2. | Dongguan Qinbu Metal Technology Co., Ltd | qbmetaltech@qbmetaltech.com |