UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TALON TOOLS, LLC,<br><br>　　PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>　　DEFENDANTS. | CASE NO.: 1:25-CV-01193<br><br>JUDGE FRANKLIN U. VALDERRAMA<br><br>MAGISTRATE JUDGE HEATHER K. MCSHAIN |

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED ON AMENDED SCHEDULE A

Plaintiff, Talon Tools, LLC ("Talon" or "Plaintiff"), hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants identified on Amended Schedule A (the "Defaulting Defendants"), attached hereto. Plaintiff files herewith a Memorandum of Law in support.

| | |
|---|---|
| Dated:　July 17, 2025 | Respectfully submitted,<br><br>*/s/ Gouthami V. Tufts*<br>Ann Marie Sullivan<br>Alison K. Carter<br>Gouthami V. Tufts<br>John J. Mariane<br><br>**SULLIVAN & CARTER, LLP**<br>111 W. Jackson Blvd., Ste 1700<br>Chicago, Illinois 60604<br>929-724-7529<br>g.tufts@scip.law<br><br>***ATTORNEYS FOR PLAINTIFF*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 17, 2025, a true and correct copy of the above and foregoing document was: electronically filed, with the Clerk of the Court using the CM/ECF system; electronically published on a website to which the Defendants have been directed pursuant to the Service of Process; and emailed to all email addresses identified or provided for Defendants by the Defendants or third-parties, which includes a link to said website and a copy of the documents which have been filed by the Plaintiff.

*/s/ Gouthami V. Tufts*
Gouthami V. Tufts